IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**EDWARD STEWART**                                                       **PLAINTIFF**

v.                                         CAUSE NO. 1:13CV95-LG-JMR

**ALLIEDBARTON SECURITY SERVICES**
and **SINGING RIVER MALL, LLC**                                **DEFENDANTS**

<u>**JUDGMENT**</u>

This matter having come on to be heard on the Motion for Summary Judgment [38] filed by Singing River Mall, LLC, and the Motion for Summary Judgment [40] filed by AlliedBarton Security Services, the Court, after a full review and consideration of the defendants' Motions, the pleadings on file and the relevant legal authority, finds that in accord with the Memorandum Opinion and Order entered herein,

**IT IS ORDERED AND ADJUDGED** that because there is no genuine issue as to any material fact, judgment is rendered in favor of AlliedBarton Security Services and Singing River Mall, LLC, pursuant to Fed. R. Civ. P. 56.  This case is hereby **DISMISSED WITH PREJUDICE**.  In accordance with Fed. R. Civ. P. 54(d)(1), the defendants are entitled to recover costs from the plaintiff.

**SO ORDERED AND ADJUDGED** this the 5th day of March, 2014.

                                                     s/ *Louis Guirola, Jr.*
                                                     LOUIS GUIROLA, JR.
                                                     CHIEF U.S. DISTRICT JUDGE